782

No. 76, Misc. ALBANESE v. RICHTER. Certiorari denied. *Jacob W. Friedman* for petitioner. *Arthur T. Vanderbilt* for respondent.

No. 77, Misc. WILKERSON v. RAGEN, WARDEN. Certiorari denied.

No. 79, Misc. MOSTELLER v. RAGEN, WARDEN. Certiorari denied.

No. 80, Misc. SANCHEZ v. NEW YORK. Certiorari denied.

No. 83, Misc. BERNOVICH v. RAGEN, WARDEN. Certiorari denied.

No. 84, Misc. BARTLING v. NIERSTHEIMER, WARDEN. Certiorari denied.

No. 85, Misc. BROWN v. FAY, SUPERVISOR OF RECORDS. Certiorari denied.

No. 87, Misc. ALVIN v. MICHIGAN EX REL. GROAT, JUDGE. Certiorari denied.

No. 90, Misc. BAUGH v. RAGEN, WARDEN. Certiorari denied.

No. 91, Misc. GRIFFIN v. RAGEN, WARDEN. Certiorari denied.

No. 93, Misc. BARLAND v. RAGEN, WARDEN. Certiorari denied.